# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Name of debtor:**  Felix  Alicea

**Case Number:** 10-B-49787-654

**Trustee:**  Tom Vaughn

**Chapter 13**
**Judge:** Jacqueline P. Cox

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 04/03/2012

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

**Name of creditor:**  Nationstar Mortgage

**Last four digits** of any number you use to identify the debtor's account:    xxxxxx7452

---

### 1.   Pre-Petition Arrears - Court claim no. (if known):   (Docket Entry #)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the prepitition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
 Amount of pre-petition arrears due at filing:  _____
 Amount received from the Chapter 13 Trustee  _____

 Pre-Petition arrears remaining due:  _____

### 2.   Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
 Post-petition amounts remaining due:  _____

### 3.   Sign Here

Print Name:   **Alexander D. Wolfe**
Title:    Authorized Agent for Nationstar Mortgage, LLC
Company:   Brice, Vander Linden & Wernick, PC        /s/ **Alexander D. Wolfe**
                         Signature

Address and telephone number:          05/03/2012
                         Date

Telephone:   (972) 643-6600    Email:    NFCinquiries@nbsdefaultservices.com

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before May 3, 2012

**Debtor**  *Via U.S. Mail*
Felix  Alicea
2236 North Laporte Avenue
Chicago, Illinois 60639-3206

**Debtors' Attorney**
Roland Schlosser
Law Office Of Roland Schlosser
Suite 503
203 North Wabash Avenue
Chicago, IL  60453

**Chapter 13 Trustee**
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

**US Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Respectfully Submitted,

/s/ **Alexander D. Wolfe**
_____